```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 48551
    MICHAEL HORRALL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7942


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/01/2003 and was confirmed 01/26/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  18.85% from remaining funds.

    The case was paid in full 08/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED            8950.00       1166.38       8950.00
DELL FINANCIAL             SECURED             400.00         19.75        400.00
DFS ACCEPTANCE             NOTICE ONLY     NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         13266.15          .00       2500.80
MBNA                       UNSECURED       NOT FILED           .00           .00
MBNA AMERICA               UNSECURED       NOT FILED           .00           .00
UNITED STUDENT AID FUNDS   UNSECURED         28710.64          .00       5412.24
CITI CARDS                 UNSECURED OTH     1315.08           .00        247.92
CARMAX AUTO FINANCE        UNSECURED         8913.82           .00       1680.61
DELL FINANCIAL             UNSECURED          816.61           .00        153.94
ECAST SETTLEMENT CORP      UNSECURED          704.99           .00        132.90
ECAST SETTLEMENT CORP      UNSECURED         8460.90           .00       1594.96
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       1,440.50
DEBTOR REFUND              REFUND                                          103.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  26,503.66

PRIORITY                                               .00
SECURED                                           9,350.00
    INTEREST                                      1,186.13
UNSECURED                                        11,723.37
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              1,440.50
DEBTOR REFUND                                       103.66
                         --------------         --------------
TOTALS                   26,503.66               26,503.66

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 03 B 48551 MICHAEL HORRALL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |